1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15

| | |
|---|---|
| MYRON R. WASHINGTON, ) | Case No.: 1:12-cv-00802-SKO |
| ) | |
| ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiff, ) | **PROCEED IN FORMA PAUPERIS** |
| ) | |
| v. ) | |
| ) | (Doc. 4) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

16
17
18
19

Plaintiff Myron R. Washington filed a complaint on May 16. 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

20

Accordingly, IT IS HEREBY ORDERED THAT:

21

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22

2.    The Clerk of Court is DIRECTED to issue a summons; and

23
24

3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

25
26

IT IS SO ORDERED.

27

**Dated:    May 18, 2012**                                  /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE

28