# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-00802-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 15) |

On January 23, 2013, the parties filed a stipulated request that an extension of time be granted to allow Plaintiff to file an opening brief and indicated that an extension was needed to permit the parties to continue to discuss settlement in this matter. (Doc. 15.) The Court GRANTS the parties' request.

Accordingly, based on the stipulated dates requested by the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief **on or before February 1, 2013**;
2. The Commissioner shall file a responsive brief **on or before March 4, 2013**; and
3. Plaintiff may file a reply brief **on or before March 18, 2013**.

IT IS SO ORDERED.

**Dated:　January 23, 2013**　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE